■ In the Matter of the Estate of CHARLOTTE W. RIEGER, Deceased, Respondent. GLADYS VAUGHAN, Appellant. (Appeal No. 1.)—Order unanimously affirmed with costs for reasons stated in decision at Niagara County Surrogate's Court, DiFlorio, S. (Appeal from Order of Niagara County Surrogate's Court, DiFlorio, S.—Summary Judgment.) Present—Doerr, J. P., Green, Pine, Lawton and Davis, JJ.

■ In the Matter of the Estate of CHARLOTTE W. RIEGER, Deceased, Respondent. GLADYS VAUGHAN, Appellant. (Appeal

No. 2.)—Decree unanimously affirmed without costs for reasons stated in decision at Niagara County Surrogate's Court, DiFlorio, S. (Appeal from Decree of Niagara County Surrogate's Court, DiFlorio, S.—Summary Judgment.) Present—Doerr, J. P., Green, Pine, Lawton and Davis, JJ.